*ORDER*

PER CURIAM.

Movant appeals from the motion court's denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Commission is supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

■

**STATE of Missouri, Plaintiff/Respondent,**

**v.**

**Franklin ENDICOTT,**
**Defendant/Appellant.**

No. 70457.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 28, 1997.

■

**Willis A. SIMONS, Claimant/Appellant,**

v.

**ST. LOUIS COUNTY, Missouri,**
**Employer/Respondent.**

No. 70653.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 28, 1997.

Gregory D. O'Shea, St. Louis, for claimant/appellant.

John A. Ross, County Counselor, Daniel Bartlett, Jr., Associate County Counselor, St. Louis, for employer/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Claimant appeals the denial of his claim for permanent partial disability by the Labor and Industrial Relations Commission (Commission). We affirm. The decision of the

Emmett D. Queener, Asst. Public Defender, Columbia, for defendant/appellant.

Jeremiah W. (Jay), Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Defendant appeals after pleading guilty to one count of possession of a controlled substance in a correctional facility, § 217.360, RSMo 1994. The court sentenced him in accordance with the plea agreement to a prison term of four years to run concurrently with the sentence he was then serving. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value